# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nutrition Distribution LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IQ Formulations LLC, et al.,<br><br>　　　　Defendants. | **NO. CV-18-00348-PHX-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 7, 2019, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 7, 2019

　　　　　　　　　　　　　　　　　　s/ Michelle Sanders
　　　　　　　　　　　　　　　By　 Deputy Clerk